RONALD I. LEVINE, Respondent, v CATSKILL REGIONAL OFF-TRACK BETTING CORPORATION, Appellant.

Submitted February 9, 2009; decided April 7, 2009

Motion for leave to appeal dismissed upon the ground that the order sought to be appealed from does not finally determine the action within the meaning of the Constitution.

GRACE RUTH LUCIDO, as Administratrix of the Estate of THOMAS LUCIDO, Deceased, Respondent, v MARY MANCUSO, Defendant, and GREENBURGH PARTNERSHIP No. 26 et al., Defendants and Third-Party Plaintiffs-Respondents. DELCON CONSTRUCTION CORPORATION, Third-Party Defendant-Appellant.

Decided April 7, 2009

Appeal withdrawn pursuant to stipulation of the parties.

MELISSA B. O'HALLORAN, Respondent, v JOHN V. O'HALLORAN, Appellant.

Decided April 7, 2009

Appeal dismissed, without costs, by the Court of Appeals, sua sponte, upon the ground that the order appealed from does not finally determine the action within the meaning of the Constitution.